Mark B. French
State Bar No. 07440600
Law Office of Mark B. French
1901 Central Drive, Suite 700
Bedford, Texas 76021
(817) 268-0505
mark@markfrenchlaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 23-43706-MXM-13** |
| **ANNALEASE BRASWELL** | **CHAPTER 13** |
| 3121 Wayfarer Road | |
| Bedford, Texas 76021 | |
| SSN/TIN: XXX-XX-5519 | |
| **DEBTOR** | **HEARING DATE: November 21st, 2024 at 8:30 AM** |

**DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION**

*PLAN MODIFICATION* DATE: October 9th, 2024

**DISCLOSURES**

[ ]  This *Plan Modification* contains *Nonstandard Provisions* listed in Section IX.
[X]  This *Plan Modification* does not contain *Nonstandard Provisions* listed in Section IX.

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN OBJECTION IS FILED WITH THE U.S. BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS ON NOVEMBER 6th, 2024, WHICH IS AT LEAST 28 DAYS FROM THE DATE SERVED. ANY OBJECTION SHALL BE IN WRITING AND FILED WITH THE CLERK. IF AN OBJECTION IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO OBJECTION IS TIMELY FILED, THIS MODIFICATION SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER APPROVING IT.

UNLESS OTHERWISE SET OUT IN THIS *PLAN MODIFICATION*, ALL PROVISIONS, SCHEDULED AMOUNTS, VALUATIONS, INTEREST RATES, MONTHLY PAYMENT AMOUNTS, AND ASSUMPTIONS OR REJECTIONS OF UNEXPIRED LEASES OR EXECUTORY CONTRACTS ("TERMS") ARE NOT MODIFIED AND SHALL REMAIN AS SET FORTH IN THE CHAPTER 13 *PLAN,* THE ORDER CONFIRMING THE CHAPTER 13 *PLAN*, THE ORDER APPROVING THE *TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS*, OR AN ORDER APPROVING A PRIOR MODIFICATION OF THE CHAPTER 13 *PLAN*, WHICHEVER WAS ENTERED LATER. ALL TERMS SHALL BE INCORPORATED IN AND CONSTITUTE PROVISIONS OF THIS *PLAN MODIFICATION.* ALL PARTIES SHALL BE BOUND BY THE TERMS OF THIS *PLAN MODIFICATION* UNLESS DISAPPROVED. LANGUAGE IN ITALICIZED TYPE IN THIS *PLAN MODIFICATION* IS DEFINED IN GENERAL ORDER 2021-05 STANDING ORDER CONCERNING CHAPTER 13 CASES AND AS IT MAY BE SUPERSEDED OR AMENDED ("GENERAL ORDER"). ALL PROVISIONS OF THE GENERAL ORDER SHALL APPLY TO THIS *PLAN MODIFICATION* AS IF FULLY SET OUT HEREIN.

Pursuant to 11 U.S.C. §1329 *Debtor* requests the following modification(s) to the *Debtor's* Chapter 13 *Plan*.

**I.    REASON(S) FOR MODIFICATION**

X _____ 1. Cure *Plan* arrears to the *Trustee.*
_____ 2. Provide for or modify treatment of a Secured (paragraph V) and/or Priority (paragraph VI) claim.
_____ 3. Provide for payment to the *Mortgage Lender* through the *Conduit Program* (paragraph III).
_____ 4. Cure any post-petition *Mortgage Arrearage* (paragraph IV).
_____ 5. Make *Plan* sufficient based on allowed claims.
_____ 6. Modify the Unsecured Creditors' Pool from $_____ to $_____.
_____ 7. Modify the value of non-exempt property from $_____ to $_____.
_____ 8. Supersede an Interlocutory Order (Docket #_).
X _____ 9. Allow Debtor's counsel's fees for this modification (paragraph VII).
_____ 10. Other:


**II.    NEW *PLAN PAYMENT* TO *TRUSTEE* AMOUNT AND TERM**

DATE OF CALCULATION:        October 9, 2024

TOTAL PAID IN*:              $15,275.00

NUMBER OF MONTHS SINCE PETITION DATE: 10

*Provide the total amount paid to the *Trustee* as of the Date of Calculation less any refunds by the Trustee to the *Debtor*.

The *Plan Payment(s)* to the *Trustee* shall be changed to:

| Start Date for Payments under Modification** (MM/DD/YY) | Number of Periods | *Plan Payment* Monthly Amount |
|---|---|---|
| 11/3/2024 | 50 | $2,500.00 |

NEW *BASE AMOUNT*: $140,275.00

***DEBTOR'S* NEW *PLAN PAYMENT* START DATE MAY NOT BE MORE THAN THIRTY (30) DAYS FROM THE DATE OF THIS *PLAN MODIFICATION* AND MUST BE THE SAME DAY OF THE MONTH THAT THE *DEBTOR'S PLAN PAYMENT* IS DUE UNDER THE CONFIRMED *PLAN*.

**III.    CURRENT POST-PETITION MORTGAGE PAYMENTS TO BE DISBURSED BY THE *TRUSTEE***

| *Mortgage Lender* | Current Mortgage Payment Amount | Date to Resume *Current Post-Petition Mortgage Payments* (MM/DD/YY) |
|---|---|---|
| NA | | |
| | | |

*IF THE *DEBTOR* DOES NOT INCLUDE A DATE TO RESUME THE *CURRENT POST-PETITION MORTGAGE PAYMENTS* IN A CASE THAT IS A CONDUIT CASE AT THE TIME THIS *PLAN MODIFICATION* IS FILED, THE DATE TO RESUME DISBURSING THE *CURRENT POST-PETITION MORTGAGE PAYMENTS* SHALL BE THE FIRST DAY OF THE SECOND MONTH FOLLOWING THE START DATE OF THE FIRST *PLAN PAYMENT* UNDER

THIS *PLAN MODIFICATION*.

1. *Current Post-Petition Mortgage Payments* shall be paid by the *Trustee* as set out in paragraph III of this *Plan Modification* or as otherwise provided in the General Order.
2. *Current Post-Petition Mortgage Payment* Arrearages due as of the date to resume the *Current Post-Petition Mortgage Payments* shall be paid by the *Trustee* as set out in paragraph IV of this *Plan Modification* or as otherwise provided in the General Order.
3. Any *Current Post-Petition Mortgage Payments* indicated herein reflects what the *Debtor* believes are the periodic payment amounts owed to the *Mortgage Lender*.
4. Adjustment of the *Plan Payment* and *Base Amount* shall be calculated as set out in the General Order Paragraph 15(c)(3).
5. Payments received by the *Trustee* for payment of the *Debtor's Current Post-Petition Mortgage Payment(s)* shall be deemed adequate protection to the creditor.
6. Upon completion of all *Plan Payments*, *Debtor(s)* shall resume making the *Current Post-Petition Mortgage Payments* required by contract on the due date following the date specified in the *Trustee's* records as the date through which the *Trustee* made the last *Current Post-Petition Mortgage Payment*.
7. Unless otherwise ordered by the Court, if a *Conduit Debtor* is current on his/her *Plan Payments* or the payment(s) due pursuant to any wage directive, the *Mortgage Lender* shall be deemed current post-petition.
8. Each claim secured by the *Debtor's* principal place of residence shall constitute a separate class.
9. *Mortgage Lenders* shall retain their liens.

## IV. PROVIDE FOR ANY POST-PETITION *MORTGAGE ARREARAGE*

| *Mortgage Lender* | Total Amount of Post-Petition *Mortgage Arrearage* | Due Date(s) (MM/DD/YY) | Interest Rate | Treatment ($/Mo or Pro Rata) |
|---|---|---|---|---|
| NA | | | | |
| | | | | |

The Post-Petition *Mortgage Arrearage* shall be paid by the *Trustee* in the allowed amount and at the rate of interest, if any, set out in this *Plan Modification.* To the extent interest is provided, it will be calculated from the first day of the month that an order is entered approving this *Plan Modification*.

ANY CURRENT POST-PETITION *MORTGAGE PAYMENTS* WHICH HAVE BECOME DUE TO THE *MORTGAGE LENDER* AS OF THE TIME OF THE DATE TO RESUME *CURRENT POST-PETITION MORTGAGE PAYMENTS* UNDER THIS *PLAN MODIFICATION* WILL BE CLASSIFIED AS A POST-PETITION *MORTGAGE ARREARAGE*. IF DESIGNATED TO BE PAID PER-MO, SUCH POST-PETITION *MORTGAGE ARREARAGE* WILL BE PAID AS A LEVEL 5 CLAIM UNDER THE ORDER OF PAYMENT. IF DESIGNATED TO BE PAID PRO-RATA, SUCH POST-PETITION *MORTGAGE ARREARAGE* WILL BE PAID AS A LEVEL 6 CLAIM UNDER THE ORDER OF PAYMENT

## V. PROVIDE FOR OR MODIFY TREATMENT OF SECURED CLAIMS

| Creditor Name | Claim Amount | Collateral Description | Value of Collateral | Interest Rate | Treatment ($/Mo, Pro Rata, Direct, Surrender) |
|---|---|---|---|---|---|
| NA | | | | | |
| | | | | | |

The automatic stay shall be terminated and the *Trustee* shall cease disbursements on any secured claim which is secured by any *Surrendered Collateral* (Surr), without further order of the court, pursuant to the General Order.

## VI. PROVIDE FOR OR MODIFY TREATMENT OF PRIORITY CLAIMS

| Creditor Name | Claim Amount | Interest Rate | Treatment ($/Mo, Pro Rata, Direct, Surrender) |
|---|---|---|---|
| NA | | | |
| | | | |

## VII. *DEBTOR'S COUNSEL'S* FEE FOR THIS MODIFICATION

| Total Amount of Fee | Amount of Fee Paid Direct | Amount of Fee to Be Disbursed by *Trustee* |
|---|---|---|
| $650.00 | $0.00 | $650.00 |

Any additional attorney fee to be disbursed by the *Trustee* will be paid as set out in the Order of Payment.

## VIII. ORDER OF PAYMENT

Unless otherwise ordered by the Court, all claims and other disbursements made by the Chapter 13 *Trustee* after the entry of an Order of Confirmation of the Chapter 13 *Plan*, whether pursuant to this *Plan Modification* or a further modification thereof, will be paid in the order set out below, to the extent a creditor's claim is allowed or the disbursement is otherwise authorized. Each numbered paragraph below is a level of payment. All disbursements which are in a specified monthly amount are referred to as "per mo." At the time of any disbursement, if there are insufficient funds on hand to pay any per mo payment in full, claimant(s) with a higher level of payment shall be paid any unpaid balance owed on a per mo payment plus the current per mo payment owed to that same claimant, in full, before any disbursement to a claimant with a lower level of payment. If multiple claimants are scheduled to receive per mo payments within the same level of payment and there are insufficient funds to make those payments in full, available funds will be disbursed to the claimants within that level on a pro-rata basis. Claimants with a higher level of payment which are designated as receiving pro-rata payments shall be paid, in full, before any disbursements are made to any claimant with a lower level of payment.

1st – Clerk's Filing Fee and Trustee's Percentage Fee(s) and Noticing Fees will be paid in full.
2nd – *Current Post-Petition Mortgage Payments* (as adjusted, if necessary, per General Order) which will be paid per mo.
3rd – Secured Creditors designated to be paid per mo and Domestic Support Obligations which will be paid per mo.
4th – Attorney Fees which will be paid pro-rata.
5th – Post-Petition *Mortgage Arrearage* if designated to be paid per mo. 6th – Post-Petition *Mortgage Arrearage* if designated to be paid pro-rata.
7th – Arrearages owed on Executory Contracts and Unexpired Leases which will be paid per mo. 8th – Pre-Petition *Mortgage Arrearage* if designated to be paid per mo.
9th – Pre-Petition *Mortgage Arrearage* and Secured Creditors if designated to be paid pro-rata.
10th – All amounts allowed pursuant to a *Notice of Fees, Expenses and Charges* which will be paid pro-rata. 11th – Priority Creditors Other than Domestic Support Obligations which will be paid pro-rata.
12th – Special Class Creditors which will be paid per mo.
13th – Unsecured Creditors other than late filed or penalty claims which will be paid pro-rata.
14th – Late filed claims by Secured Creditors which will be paid pro-rata unless otherwise ordered by the Court. 15th – Late filed claims for DSO or filed by Priority Creditors which will be paid pro-rata.
16th – Late filed claims by Unsecured Creditors which will be paid pro-rata.
17th – Unsecured claims for a non-pecuniary penalty, fine, or forfeiture, or for multiple, exemplary or punitive damages,

expressly including an IRS penalty to the date of the petition on unsecured and/or priority claims which will be paid pro-rata.

IX. **NONSTANDARD PROVISIONS**

Any *Nonstandard Provisions* will be void unless the appropriate box on page one of this *Plan Modification* is checked. The following *Nonstandard Provisions*, if any, constitute terms of this Plan. Any *Nonstandard Provision* placed elsewhere in the *Plan Modification* is void.

None

Date: October 9, 2024

                Respectfully submitted,

By:   /s/ Mark B. French
       MARK B. FRENCH
       State Bar No. 07440600

       Law Office of Mark B. French
       1901 Central Drive, Suite 704
       Bedford, Texas 76021
       (817) 268-0505- Telephone
       (817) 796-1396- Facsimile
       mark@markfrenchlaw.com

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a copy of the DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION (dated October 9, 2024) was served upon the Debtor(s) and the parties on the attached matrix by or under the direction of the undersigned by United States First Class Mail, postage paid, and electronically by the Clerk on all other parties entitled to electronic notice on the date of filing hereof.

Date Served: October 9, 2024

                                                    By: /s/ Mark B. French
                                                  MARK B. FRENCH

```
Label Matrix for local noticing         PNC Bank, National Association       Tarrant County
0539-4                                  c/o Codilis & Moody, P.C.            Linebarger Goggan Blair & Sampson, LLP
Case 23-43706-mxm13                     20405 State Highway 249              c/o Camille Stecker
Northern District of Texas              Suite 170                            2777 N. Stemmons Freeway
Ft. Worth                               Houston, TX 77070-2620               Suite 1000
Wed Oct  9 16:49:41 CDT 2024                                                 Dallas, TX 75207-2328

501 W. Tenth Street                     BRACKETT & ELLIS                     CHEX SYSTEMS INC
Fort Worth, TX 76102-3637               100 MAIN STREET                      ATTN:  CONSUMER RELATIONS
                                        FORT WORTH   TX 76102-3008           7805 HUDSON ROAD  STE 100
                                                                             WOODBURY   MN 55125-1595


Comenitybank/Onetop                     Credit Coll                          INTERNAL REVENUE SERVICE
Attn: Bankruptcy                        Attn: Bankruptcy                     CENTRALIZED INSOLVENCY OPERATIONS
PO Box 182125                           725 Canton Street                    P O BOX 7346
Columbus, OH 43218-2125                 Norwood, MA 02062-2679               PHILADELPHIA  PA  19101-7346


IRS-SBSE INSOLVENCY AREA 10             Kelly M Doherty                      LINEBARGER GOGGAN BLAIR SAMPSON ET AL
1100 COMMERCE STREET                    Attorney for PNC                     100 THROCKMORTON
MC 5026 DAL                             20405 State Hwy 249                  SUITE 300
DALLAS   TX 75242-1001                  Suite 170                            FORT WORTH   TX 76102-2833
                                        Houston, TX 77070-2620


LINEBARGER HEARD ET AL                  MS DONNA K. WEBB - AUSA              Mark B. French
2777 N. STEMMONS FREEWAY                BURNETT PLAZA, SUITE 1700            Attorney at Law
SUITE 1000                              801 CHERRY STREET, UNIT 4            1901 Central Drive, Suite 704
DALLAS   TX 75207-2328                  FORT WORTH   TX 76102-6803           Bedford, TX 76021-5857


Midland Credit Management, Inc.         Midland Funding, LLC                 Midland Funding/Midland Credit Mgmt
PO Box 2037                             Attn: Bankruptcy                     Attn: Bankruptcy
Warren, MI 48090-2037                   PO Box 939069                        PO Box 939069
                                        San Diego, CA 92193-9069             San Diego, CA 92193-9069


Navy FCU                                Navy Federal Credit Union            Navy Federal Credit Union
Attn:  Bankruptcy                       Attn:  Bankruptcy                    P.O. Box 3000
PO Box 3000                             PO Box 3000                          Merrifield, VA 22119-3000
Merrifield, VA 22119-3000               Merrifield, VA 22119-3000


PERDUE BRANDON FIELDER LLC              PNC                                  (p)PNC BANK RETAIL LENDING
500 E. BORDER STREET, STE. 640          PO Box 31001-2929                    P O BOX 94982
SUITE 300                               Pasadena, CA 91110-2929              CLEVELAND OH 44101-4982
ARLINGTON   TX  76010-7457


Pay Pal                                 (p)PORTFOLIO RECOVERY ASSOCIATES LLC Quantum3 Group LLC as agent for
2211 N. First St.                       PO BOX 41067                         MOMA Trust LLC
San Jose, CA 95131-2021                 NORFOLK VA 23541-1067                PO Box 788
                                                                             Kirkland, WA  98083-0788


TAX DIVISION                            Tarrant County                       Texas Health Resources
US DEPARTMENT OF JUSTICE                c/o LINEBARGER GOGGAN BLAIR & SAMPSON, L  by American InfoSource as agent
717 N HARWOOD                           2777 N. Stemmons Freeway             PO Box 4457
SUITE 400                               Suite 1000                           Houston, TX  77210-4457
DALLAS   TX 75201-6598                  DALLAS, TX 75207-2328
```

| | | |
|---|---|---|
| UNITED STATES ATTORNEY<br>NORTHERN DISTRICT OF TEXAS<br>1100 COMMERCE STREET<br>ROOM 300<br>DALLAS  TX 75242-1074 | UNITED STATES ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>RM B103<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON  DC  20530-0001 | UNITED STATES TRUSTEE<br>1100 COMMERCE STREET<br>ROOM 976<br>DALLAS  TX 75242-0996 |
| Annalease Braswell<br>3121 Wayfarer Road<br>Bedford, TX 76021-3832 | Mark B. French<br>Law Office of Mark B. French<br>1901 Central Drive Suite 704<br>Bedford, TX 76021-5857 | Pam Bassel<br>Office of The Standing Ch.13 Trustee<br>860 Airport Freeway<br>Suite 150<br>Hurst, TX 76054-3256 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| PNC Bank, National Association<br>Attn: Bankruptcy<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | (d)PNC Bank, National Association<br>PO Box 1820<br>Dayton, OH 45401-1820 | Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PNC Bank, National Association | (d)PNC Bank, National Association<br>c/o Codilis & Moody, P.C.<br>20405 State Highway 249, Suite 170<br>Houston, TX 77070-2620 | (d)United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |

End of Label Matrix
Mailable recipients    35
Bypassed recipients     3
Total                  38