**Filed By:**
MARK B. FRENCH
State Bar No. 07440600
**Law Office of Mark B. French**
1901 Central Drive, Suite 704
Bedford, Texas 76021
Telephone: (817) 268-0505
Facsimile: (817) 796-1396
Email: mark@markfrenchlaw.com

**ATTORNEY FOR ANNALEASE BRASWELL**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.: |
| | § | |
| ANNALEASE BRASWELL | § | 23-43706-MXM-13 |
| | § | |
| DEBTOR | § | CHAPTER 13 |

**NOTICE OF ADDITIONAL FEES AND RULE 2016 DISCLOSURES**

**NO HEARING WILL BE CONDUCTED ON THIS NOTICE UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE THE CLOSE OF BUSINESS ON OCTOBER 24, 2024, WHICH IS AT LEAST FOURTEEN (14) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE ATTORNEY OR LAW FIRM SUBMITTING THIS NOTICE, THE DEBTOR, AND THE CHAPTER 13 TRUSTEE PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY AND THE CHAPTER 13 TRUSTEE.**

**IF NO HEARING ON THIS NOTICE IS TIMELY REQUESTED, THE FEES AND COSTS REQUESTED HEREIN SHALL BE DEEMED ALLOWED AND MAY BE DISBURSED BY THE CHAPTER 13 TRUSTEE OR PAID DIRECTLY TO THE ATTORNEY OR LAW FIRM FILING THIS NOTICE AS SET OUT HEREIN.**

Pursuant to Paragraph 21 of the Standing Order Concerning all Chapter 13 Cases for the Northern District of Texas ("Standing Order"), the undersigned gives notice of the following requested Additional Fees and related costs, if applicable.

1. The source of the compensation is: **X Debtor** or ☐ OTHER (specify source): _____.

2. I have not agreed to share the Additional Fees set out herein with any other person unless they are a member or shareholder of or an associate employed by my law firm.

3. The total amount of any fees and costs that I or my law firm have become entitled to receive, prior to this Notice of Additional Fees, but not including the Additional Fees and costs requested herein: **$4,700.00** (Include all fees even if not yet paid and include the Standard Fee or Business Standard Fee.)

4. The Additional Fees and costs requested herein:

   ☐ have already been paid to me        ☐ will be paid to me directly

   **X - will be paid by the Chapter 13 Trustee**

   ☐ $_____ will or has been paid to me directly and $_____ to be paid by the Trustee.

5. Debtor(s) has/have agreed to the Additional Fees and costs requested herein.

6. In accordance with the provisions of the Standing Order, I request Additional Fees in the amount of $200.00 (or $_____, if less) for (indicate requested fees):

   ☐ Post-confirmation motion to reinstate case

   ☐ Motion to Extend/Impose the Automatic Stay  ☐ Fee included in Plan Base Amount pre-confirmation
   ☐ Chapter 13 Debtor's Request to Incur Debt (to purchase a vehicle)

7. In accordance with the provisions of the Standing Order, I request Additional Fees in the amount of $450.00 (or $_____, if less) for (indicate requested fees):

   ☐ Case in which Debtor will receive 3002.1 notices   ☐ Fee included in Plan Base Amount pre-confirmation

   ☐ Representation on a post-confirmation Plan Modification filed by the Trustee or an unsecured creditor.

☐ Motion to Sell Real or Personal Property

☐ Motion to Incur Debt (other than Debtor's **Request** to Incur Debt to purchase a vehicle)

☐ Motion to modify/refinance mortgage (other than through The LMM program)

☐ Motion to Approve Compromise and Settlement Agreement

☐ Motion for Relief from the Automatic Stay pursuant to paragraph 21(g)(8)(E) of General Order 2021-**.

**8.    In accordance with the provisions of the Standing Order, I request Additional Fees in the amount of $650.00 for (indicate requested fees):**

✓ **Post-confirmation Plan Modification filed by the Debtor.**

9.    In addition to the fees requested herein and in accordance with the applicable provisions of the Standing Order, I request reimbursement for costs in the amount of $_____ for (describe the costs) _____.

Wherefore, premises considered, I or my firm pray/prays for the allowance of the fees and costs set out herein to be paid as set out herein and for such other and further relief, both general and specific, to which I or my firm may show myself/itself justly entitled.

Respectfully submitted,

By:    /s/Mark B. French
Mark B. French
State Bar No. 07440600
Law Office of Mark B. French
1901 Central Drive, Suite 704
Bedford, Texas 76021
(817) 268-0505 metro
(817) 796-1396 fax
mark@markfrenchlaw.com (email)

**ATTORNEY FOR ANNALEASE BRASWELL**

## CERTIFICATE OF SERVICE

    I, Mark B. French, do hereby certify that the foregoing notice was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or by first class mail to the following:

Pam Bassel
Chapter 13 Trustee
7001 Blvd 26 #150
North Richland Hills, Texas 76180

United States Trustee
Room 9-C-60
1100 Commerce Street
Dallas, Texas 75242

Annalease Braswell
3121 Wayfarer Road
Bedford, TX 76021

And to the parties receiving notice electronically.

                                                    /s/ Mark B. French
                                                    Mark B. French