PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                             CASE NO.: 23-43706-MXM-13

**ANNALEASE BRASWELL**
    AKA: ANNALEASE FREEMAN BRASWELL
    3121 WAYFARER RD
    BEDFORD, TX 76021
    SSN/TIN: XXX-XX-5519

DEBTOR                                                      HEARING: NOVEMBER 21, 2024 at 8:30 AM

**NOTICE OF CONTINUED HEARING ON NOTICE OF INTENT TO DISMISS**

A previously scheduled hearing for this matter has been continued.

                                                            Respectfully submitted,

By:     /s/ Ethan S. Cartwright
            Ethan S. Cartwright, Staff Attorney
            Bar No. 24068273
            PAM BASSEL STANDING CHAPTER 13 TRUSTEE
            Bar No. 01344800
            860 Airport Freeway, Ste 150
            Hurst, TX 76054
            (817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:     /s/ Ethan S. Cartwright
            Ethan S. Cartwright

ANNALEASE BRASWELL
3121 WAYFARER RD
BEDFORD, TX 76021