PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

IN RE:   CASE NO.: 23-43706-MXM-13

**ANNALEASE BRASWELL**
  AKA: ANNALEASE FREEMAN BRASWELL
  3121 WAYFARER RD
  BEDFORD, TX 76021
  SSN/TIN: XXX-XX-5519
**DEBTOR**

### TRUSTEE'S OBJECTION TO MODIFICATION (AND PLAN MODIFICATION IF REQUIRED)

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Trustee's Objection to Modification of Chapter 13 Plan after Confirmation under 11 U.S.C. Section 1329 and Section 1325. Trustee would respectfully show the Court as follows:

The Debtor's modification provides for the following:

| Start Date | Pmt Amt   | Frequency | # of Periods |
|------------|-----------|-----------|--------------|
| 11/03/2024 | $2,500.00 | Monthly   | 50           |

Debtor's projected monthly surplus per Schedules I and J is $1,950.17.

Trustee requests updated Schedules I and J with supporting income records to determine whether the modification meets the requirements of Sections 1325 & 1329.

WHEREFORE, Trustee prays that the modification be DENIED and for general relief.

Respectfully submitted,

By:  /s/ Ethan S. Cartwright
  Ethan S. Cartwright, Staff Attorney
  Bar No. 24068273
  PAM BASSEL STANDING CHAPTER 13 TRUSTEE
  Bar No. 01344800
  860 Airport Freeway, Ste 150
  Hurst, TX 76054
  (817) 916-4710 Phone

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by fist class mail on the Debtor and the parties listed below, if any.

                                                          By:    <u>/s/ Ethan S. Cartwright</u>
                                                                        Ethan S. Cartwright

Annalease Braswell
3121 Wayfarer Rd
Bedford, TX  76021