PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

IN RE:                                                                CASE NO.:  23-43706-MXM-13

**ANNALEASE BRASWELL**
    AKA: ANNALEASE FREEMAN BRASWELL
    3121 WAYFARER RD
    BEDFORD, TX 76021
    SSN/TIN: XXX-XX-5519

**DEBTOR**                                              **HEARING: DECEMBER 19, 2024 at 8:30 AM**

## NOTICE OF CONTINUED HEARING ON NOTICE OF INTENT TO DISMISS

A previously scheduled hearing for this matter has been continued.

Respectfully submitted,

By:    /s/ Ethan S. Cartwright
    Ethan S. Cartwright, Staff Attorney
    Bar No. 24068273
    PAM BASSEL STANDING CHAPTER 13 TRUSTEE
    Bar No. 01344800
    860 Airport Freeway, Ste 150
    Hurst, TX 76054
    (817) 916-4710 Phone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the  Debtor and the parties listed below, if any.

By:    /s/ Ethan S. Cartwright
    Ethan S. Cartwright

ANNALEASE BRASWELL
3121 WAYFARER RD
BEDFORD, TX 76021