PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 23-43706-MXM-13 |
| **ANNALEASE BRASWELL**<br>　　AKA: ANNALEASE FREEMAN BRASWELL<br>　　3121 WAYFARER RD<br>　　BEDFORD, TX 76021<br>　　SSN/TIN: XXX-XX-5519 | |
| **DEBTOR** | HEARING: JANUARY 16, 2025 at 8:30 AM |

### NOTICE OF CONTINUED HEARING ON NOTICE OF INTENT TO DISMISS

A previously scheduled hearing for this matter has been continued.

                Respectfully submitted,

By:  /s/ Ethan S. Cartwright
      Ethan S. Cartwright, Staff Attorney
      Bar No. 24068273
      PAM BASSEL STANDING CHAPTER 13 TRUSTEE
      Bar No. 01344800
      860 Airport Freeway, Ste 150
      Hurst, TX 76054
      (817) 916-4710 Phone

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:  /s/ Ethan S. Cartwright
      Ethan S. Cartwright

ANNALEASE BRASWELL
3121 WAYFARER RD
BEDFORD, TX 76021